**No. 44979.**—Protest 987157–G of Nozaki Bros. (Seattle).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (1 Cust. Ct. 262, C. D. 61) the claim for free entry was sustained. A motion to dismiss the protest on the ground that no new issue was involved in the reliquidation so far as the boxes were concerned was denied. *United States* v. *Dickson* (139 Fed. 251, T. D. 26422), *Herrmann* v. *United States* (G. A. 5346, T. D. 24459), *Dow* v. *United States* (T. D. 48163), *United States* v. *Kurtz* (5 Ct. Cust. Appls. 144, T. D. 34192), and *Smith* v. *United States* (1 id. 489, T. D. 31527) cited.

**No. 44980.**—Protests 32528–K, etc., of Stuart Lumber & Export Corp. et al. (New York).

Opinion by WALKER, J. On the records presented the protests were overruled.

**No. 44981.**—Protests 977308–G, etc., of Aarenau & Wolf, Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.